| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT<br>Case type: Product Liability |

ROBERT JOHNSON, ET AL.,

      Plaintiffs,

v.

3M COMPANY and
AEARO TECHNOLOGIES LLC,

      Defendants.

Court File No.

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

TO: PLAINTIFFS AND THEIR ATTORNEY, LEWIS A. REMELE, JR., BASSFORD REMELE, A PROFESSIONAL ASSOCIATION, 100 SOUTH 5TH STREET, SUITE 1500, MINNEAPOLIS, MN 55402-1254.

PLEASE TAKE NOTICE that Defendant 3M Company has filed a Notice of Removal in the United States District Court for the District of Minnesota removing the civil action entitled *Robert Johnson, et al., v. 3M Company and Aearo Technologies LLC*, from the District Court, Fourth Judicial District, County of Hennepin, State of Minnesota to the United States District Court for the District of Minnesota.

FURTHER TAKE NOTICE that attached hereto is a copy of said Notice of Removal.

Dated: July 31, 2019                    Respectfully submitted,

<u>s/ *Benjamin W. Hulse*</u>
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
S. Jamal Faleel (MN #0320626)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
          bhulse@blackwellburke.com
          jfaleel@blackwellburke.com

**Counsel for Defendant 3M Company**